United States District Court
Southern District of Texas
**ENTERED**
April 14, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ASHLEY N. HILL, § § Plaintiff, § § VS. § ALVIN SMITH, JR., *et al.*, § § Defendants. § | CIVIL ACTION NO. 4:23-CV-04209 |

## ORDER

On November 8, 2023, Plaintiff filed a Complaint against Defendants. As of April 14, 2025, Defendants have still not been properly served. Plaintiff also failed to appear at the March 7, 2024 Initial Conference hearing. Plaintiff did not provide a reason to the Court for missing the hearing. Accordingly, Plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE** due to Plaintiff's failure to prosecute.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 14th day of April, 2025.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE